**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERLIANT ENERGY, INC., et al., | No. C -14-02443 JST (EDL) |
| Plaintiffs, | **ORDER RE: DKT. 26** |
| v. | |
| CHRISTOPHER JOHN BARRY, | |
| Defendant. | |

This Court is in receipt of the Parties' joint letter regarding discovery disputes, dated July 17, 2014, and has determined that full briefing pursuant to Local Civil Rule 7 and this Court's discovery procedures (Dkt. 30) is required. If disputes still remain, the Parties are ordered to submit noticed motions in accordance with those procedures.

**IT IS SO ORDERED.**

Dated: July 28, 2014

*/s/ Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge