NEAL M. COHEN (SBN 184978) [nmc@viplawgroup.com]
JAMES K. SAKAGUCHI (SBN 181010) [jks@viplawgroup.com]
Vista IP Law Group LLP
2040 Main Street, Suite 710
Irvine, California 92614
Tel: (949) 724-1849
Fax: (949) 625-8955

GERALD CHAN (SBN 215445) [gc@viplawgroup.com]
2160 Lundy Ave., Suite 230
San Jose, California  95131
Tel: (408) 321-8663
Fax: (408) 877-1662

Attorneys for Defendant
    Christopher Barry


ANDREW D. CASTRICONE (SBN: 154607) [acastricone@gordonrees.com]
Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Plaintiffs
VERLIANT ENERGY, INC. and
VERLIANT SCIENCES, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Verliant, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>Christopher BARRY<br><br>            Defendant. | Case 14-cv-02443-JST<br><br>**STIPULATION TO EXTEND DEADLINES/HEARING DATE RE: ORDER TO SHOW CAUSE (DKT. NO. 17); [PROPOSED] ORDER**<br><br>Hon. Jon S. Tigar |

1

On June 11, 2014 this Court entered an Order Issuing Preliminary Injunction; Setting Order To Show Cause ("the Order") (Dkt.No.17).

Within the Order was a scheduling provision which stated:

> The court hereby issues an ORDER TO SHOW CAUSE whether this preliminary injunction should be dissolved or modified. The court sets that issue for hearing on September 4, 2014, at 9:00 A.M., Courtroom 9, 19th Floor, 450 Golden Gate, San Francisco. Plaintiffs shall file an opening brief no later than July 31, 2014, Defendants shall file a brief no later than August 14, 2014, and Plaintiffs shall file a reply no later than August 21, 2014.
>
> The parties have leave to engage in discovery relevant to the propriety of continued injunctive relief. Parties are ordered to review the undersigned's standing order regarding discovery disputes. As the court indicated at the hearing, the undersigned is likely to directly handle discovery disputes in this matter directly rather than refer discovery to a magistrate judge.

[Dkt.No.17, p.7:8-17.]

Since the Order was issued, the parties have been engaged in a discovery dispute that is the subject of a Joint Letter Brief (Dkt.No.26), which has now been referred to Chief Magistrate Judge Laporte (Dkt.Nos. 27, 30).  As a result of the dispute, and the absence of any resolution or order from the Chief Magistrate Judge, the parties have been unable to complete discovery necessary on the Order to Show Cause, and there is good cause to continue the briefing deadlines and hearing date.

As set forth in the Joint Letter Brief (p.1), the parties have already advised the Court that they agreed the schedule may be continued for up to two months, without the necessity of an increased bond.  However, there has been no order on that agreed upon proposal.

In addition to the resolution of the discovery dispute, the requested continuance includes consideration of the Court's schedule and pre-planned vacations of counsel for both parties.  The extensions would not affect any other deadlines.

2

As such, in light of the upcoming deadlines, and pursuant to Civil Local Rule 6-2, the parties have now further agreed that the deadlines and hearing date should be extended for at least two months, and request a Court Order to confirm the extensions.

Respectfully,

VISTA IP LAW GROUP LLP

July 25, 2014      by:      /s/ Neal M. Cohen
                                            NEAL M. COHEN
                                        Attorneys for Defendant

GORDON & REES LLP

July 25, 2014      by:      /s/ Andrew D. Castricone
                                            ANDREW D. CASTRICONE
                                        Attorneys for Plaintiffs

**ATTESTATION**

In accordance with Civ.L.R. 5.1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

GORDON & REES LLP

July 25, 2014      by:      /s/ Andrew D. Castricone
                                            ANDREW D. CASTRICONE
                                        Attorneys for Plaintiffs

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The court hereby modifies its June 11, 2014 ORDER TO SHOW CAUSE whether the preliminary injunction should be dissolved or modified. The court sets that issue for hearing on **November 20**, 2014, at ~~9:00 A.M.~~ **2:00 P.M.**, Courtroom 9, 19th Floor, 450 Golden Gate, San Francisco. Plaintiffs shall file an opening brief no later than **October 16**, 2014, Defendants shall file a brief no later than **October 30**, 2014, and Plaintiffs shall file a reply no later than **November 6**, 2014.

Dated: **July 29**, 2014

_____
Hon. Jon S. Tigar
Judge of the United States District Court

4