NEAL M. COHEN (SBN 184978) [nmc@viplawgroup.com]
JAMES K. SAKAGUCHI (SBN 181010) [jks@viplawgroup.com]
Vista IP Law Group LLP
2040 Main Street, Suite 710
Irvine, California 92614
Tel: (949) 724-1849
Fax: (949) 625-8955

GERALD CHAN (SBN 215445) [gc@viplawgroup.com]
2160 Lundy Ave., Suite 230
San Jose, California  95131
Tel: (408) 321-8663
Fax: (408) 877-1662

Attorneys for Defendant
    Christopher Barry


ANDREW D. CASTRICONE (SBN: 154607) [acastricone@gordonrees.com]
Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Plaintiffs
VERLIANT ENERGY, INC. and
VERLIANT SCIENCES, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Verliant, et al., | ) Case 14-cv-02443-JST |
| | ) |
| Plaintiffs, | ) **[PROPOSED] ORDER RE: STIPULATION** |
| | ) **[DKT. 31] TO EXTEND DEADLINES FOR** |
| v. | ) **OPPOSITION AND REPLY PAPERS RE:** |
| | ) **DEFENDANT'S MOTION [DKT. 28]** |
| Christopher BARRY, | ) |
| | ) Judge: Hon. Jon S. Tigar |
| Defendant. | ) |
| | ) |

-1-

Proposed Order
14-cv-02443-JST

The Court has reviewed the parties' Stipulation filed at Dkt. 31 regarding the briefing schedule for Defendant's MOTION TO DISMISS FRAUD CAUSE OF ACTION UNDER F.R.CIV.P. RULE 9(b) at Dkt. 28 ("Motion").

Good cause having been shown, the Court Orders that the deadlines for the Opposition and the Reply for the Motion are extended to August 26, 2014 and September 2, 2014 respectively.

**IT IS SO ORDERED.**

July 30, 2014
DATE

by: _____
United States District Judge



-2-
Proposed Order
14-cv-02443-JST