UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERLIANT ENERGY, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTOPHER JOHN BARRY, <br><br> Defendant. | Case No. 14-cv-02443-JST <br><br> **ORDER VACATING MOTION HEARING** <br><br> Re: Dkt. Nos. 28, 42 |

Before the Court is Defendant's motion to dismiss and defense counsel's motion to withdraw as counsel. Dkt. No. 28, 42. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that the parties' briefs have thoroughly addressed the issues, rendering the matters suitable for disposition without oral argument. The hearing on these matters, currently scheduled for September 25, 2014, is hereby VACATED.

**IT IS SO ORDERED**.

Dated:   September 15, 2014

_____
JON S. TIGAR
United States District Judge