UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERLIANT ENERGY, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHRISTOPHER JOHN BARRY,<br><br>    Defendant. | Case No. 14-cv-02443-JST<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 48 |

On its own motion, the Court sets a case management conference for October 15, 2014 at 2:00 p.m. The Court denies the stipulation with proposed order at ECF No. 48 as moot, as the hearings scheduled for September 18, 2014 have been vacated. See ECF No. 49.

**IT IS SO ORDERED.**

Dated: September 17, 2014

                                                                       JON S. TIGAR
                                                   United States District Judge