UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| VERLIANT ENERGY, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHRISTOPHER JOHN BARRY,<br><br>    Defendant. | Case No.  14-cv-02443-JST<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE INJUNCTION AND VACATE BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 48 |
|---|---|

The court hereby modifies its July 29, 2014 Order (Dkt.No.38) and its June 11, 2014 Order To Show Cause (Dkt.No.17) whether the preliminary injunction should be dissolved or modified, by vacating the November 20, 2014 hearing date and associated briefing schedule.  Pursuant to the stipulation of the parties, the injunction is continued without the necessity of a further bond.

**IT IS SO ORDERED.**

Dated: September 19, 2014



_____
JON S. TIGAR
United States District Judge