UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERLIANT ENERGY, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CHRISTOPHER JOHN BARRY,<br><br>    Defendant. | Case No.  14-cv-02443-JST<br><br>**ORDER DIRECTING PLAINTIFFS TO FILE MOTION FOR DEFAULT JUDGMENT**<br><br>Re: ECF No. 62 |

On November 7, 2014, Plaintiffs' filed a request for default against Defendant Christopher J. Barry.  ECF No. 60.  The Clerk entered default on November 12, 2014.  ECF No. 62.  The Court notes Plaintiffs have taken no action in the case since the Clerk's entry of default.

Plaintiffs are hereby ordered to file a motion for entry of default judgment by January 9, 2015.

**IT IS SO ORDERED.**

Dated: December 19, 2014

                                                        JON S. TIGAR
                                                      United States District Judge