ANDREW D. CASTRICONE (SBN: 154607)
acastricone@gordonrees.com
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:    (415) 986-5900
Facsimile:    (415) 986-8054

Attorneys for Plaintiffs
VERLIANT ENERGY, INC. and
VERLIANT SCIENCES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| VERLIANT ENERGY, INC., a California corporation; and VERLIANT SCIENCES, LLC, a California limited liability company,<br><br>Plaintiffs,<br>vs.<br>CHRISTOPHER JOHN BARRY,<br>Defendant. | CASE NO. 14-cv-02443 JST<br><br>**PLAINTIFFS' OBJECTION AND MOTION TO STRIKE DEFENDANT'S "STATEMENT IN DEFENSE AGAINST THE ACCUSATION OF FRAUD PRESENTED BY VERLIANT ENERGY" (DKT.NO.67)**<br><br>Accompanying Documents:<br>[Proposed] Order<br><br>Action filed:  May 27, 2014 |

Plaintiffs Verliant Energy, Inc. and Verliant Sciences, LLC (collectively, "VERLIANT" or "Plaintiffs") hereby object and move to strike the unsigned "Statement in Defense against the accusation of Fraud presented by Verliant Energy," Defendant filed on January 19, 2015 (Dkt.No.67).

This Court entered Defendant Christopher John Barry's default on November 12, 2014. (Dkt.No. 62).

There has been no motion or order setting aside the default pursuant to Federal Rule of Procedure 55(c).

Accordingly, this unorthodox filing is untimely and subject to being stricken under

- 1 -

Federal Rule of Procedure 12(f).  *See*, *e.g. J&J Sports Prods. v. Vazquez*, 2012 U.S. Dist. LEXIS 103154, pp.10-11 (ND Cal. July 24, 2012); *Cohen v. Murphy*, 2004 U.S. Dist. LEXIS 25284, pp.1-2 (ND Cal. Apr.20, 2004) *citing Clifton v. Tomb* , 21 F.2d 893, 897 (4th Cir.1927).

For the foregoing reasons, Plaintiffs respectfully request that the Statement be stricken.

Dated:  February 23, 2015

Respectfully submitted,

GORDON & REES LLP

By   */s/ Andrew D. Castricone*
      Andrew D. Castricone
Attorneys for Plaintiffs
VERLIANT ENERGY, INC. and
VERLIANT SCIENCES, LLC

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

1096632/22483493v.1

- 2 -

1096632/22483493v.1

PLAINTIFFS' OBJECTION AND MOTION TO STRIKE
DEFENDANT'S "STATEMENT IN DEFENSE, ETC."

Case No.  14-cv-02443 JST