UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERLIANT ENERGY, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CHRISTOPHER JOHN BARRY,<br><br>    Defendant. | Case No.  14-cv-02443-JST<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE**<br><br>Re: ECF No. ECF No. 78 |

The Court previously granted a motion to withdraw as counsel brought by Plaintiffs' counsel. ECF No. 77. In that order, the Court observed that, as corporations or other artificial entities, Plaintiffs are not be permitted to appear in federal court, or proceed with this case, without representation by an attorney. Id. The Court therefore ordered a joint case management statement be filed by May 6, 2015, and set a case management conference for May 20, 2015. Id. In the event that Plaintiffs had not found substitute counsel, the Court stated that they would be ordered to show cause why the case should not be dismissed without prejudice. Id.

Plaintiffs have not substituted counsel. Plaintiffs did not file a joint case management statement. No parties appeared at the case management conference and order to show cause hearing set for May 20, 2015.

Accordingly, this case is hereby dismissed without prejudice. The clerk shall close the file.

IT IS SO ORDERED.

Dated: May 21, 2015

                                                        JON S. TIGAR
                                                      United States District Judge